IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROSEMARIE NEAL, et al.,,

      Plaintiffs,

v.                                              CIV 08-1010 JEC/GBW

THE BOARD OF COUNTY COMMISSIONERS
OF BERNALILLO COUNTY, and
CITY OF ALBUQUERQUE,

      Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

This matter is before the Court upon a review of the record, and having conferred with counsel[1] about a mutually-convenient date and time, **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Tuesday, June 16, 2009 at 11:00 a.m.**  Judge Wormuth's Chambers will initiate the call to counsel at the telephone numbers of record.  If counsel are to be reached elsewhere please contact Judge Wormuth's staff at 575-528-1460.

                                                    GREGORY B. WORMUTH
                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] The four Plaintiffs who are designated as "pro se" (Enock Arviso, Monica Reyes, Mario Rodriguez, and Robert Sanchez) do not have addresses of telephone numbers of record and, therefore, will not be included in this conference unless they are in fact represented by Plaintiff's counsel.

Case 1:08-cv-01010-JEC-GBW   Document 47   Filed 06/01/09   Page 2 of 2