IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROSEMARIE NEAL, RANDY
SAMMONS, JOSEPH TRUJEQUE,
JOHN ARAGON, GUADALUPE
AVILA, MANUEL BECERRA, MISTI
CARMICHAEL, DOMINIC CASAUS,
LEONARDO FLORES, OSCAR
GARCIA, CRAIG HOGAN, PLACIDO
MALDONADO, TIM MORA, DEBBIE
PADILLA, MICHAEL PALM, JASON
PUPURA, RENE SWANBERG,
CHRISTOPHER TORRES, CYNTHIA
TRUJILLO, CARLOS YGUADO,
FERNANDO YGUADO, MONICA
REYES, MARIO RODRIGUEZ,
ROBERT SANCHEZ, LARRAINE
LUNA, ENOCK ARVIZO, ANTHONY
CANDELARIA, MARVIN MARTINEZ,
ANGEL MONTOYA, TANYA
SANCHEZ, ERICA GUTIERREZ and
LIZ AGUILAR on their own behalf and
on behalf of all others similarly situated,

                 29 U.S.C. § 216(b) Collective Action

    Plaintiffs,

vs.                  No. 08-CV-1010 JEC-GBW

THE BOARD OF COUNTY
COMMISSIONERS OF BERNALILLO
COUNTY.

    Defendant.

## PROPOSED SPECIAL MASTER'S ORDER REGARDING DISCOVERY

  Based on the parties' mutual consent, the Special Master in the above-captioned action HEREBY ORDERS THAT:

1. Defendant shall produce the following documents and things by March 19, 2010 as they relate to each of the 5 agreed-upon representative Plaintiffs[1] in this action:

   a. All text and phone records;

   b. BI Summaries with comments for all inmates on each representative Plaintiff's caseload;

   c. BI GPS Summaries with comments for all inmates on each representative Plaintiff's caseload;

   d. Case notes for each Plaintiff's entire caseload;

   e. MDC-6 forms relating in any way to each representative Plaintiff;

   f. Dispatch logs relating in any was to each representative Plaintiff;

   g. Timesheets and pay records (Empath and Telestaff) for each representative Plaintiff.

2. The parties agree that these documents will be produced for the July – September 2008 time period.

3. The parties agree that the July-September 2008 time period is representative of the entire statutory liability period at issue in this litigation and expressly waive the right to raise any argument or evidence contrary to the representativeness of this time period for the purposes of either liability or damages in this case.

Dated March 15, 2010

_____
Special Master Michael Harbour

---

[1] The parties have agreed that Plaintiffs Joseph Trujeque, Rosemarie Neal, Randy Sammons, Jason Purpura and Rene Swanberg will represent the class of Plaintiffs in this action.