IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROSEMARIE NEAL, RANDY
SAMMONS, JOSEPH TRUJEQUE,
JOHN ARAGON, GUADALUPE
AVILA, MANUEL BECERRA, MISTI
CARMICHAEL, DOMINIC CASAUS,
LEONARDO FLORES, OSCAR
GARCIA, CRAIG HOGAN, PLACIDO
MALDONADO, TIM MORA, DEBBIE
PADILLA, MICHAEL PALM, JASON
PUPURA, RENE SWANBERG,
CHRISTOPHER TORRES, CYNTHIA
TRUJILLO, CARLOS YGUADO,
FERNANDO YGUADO, MONICA
REYES, MARIO RODRIGUEZ,
ROBERT SANCHEZ, LARRAINE
LUNA, ENOCK ARVIZO, ANTHONY
CANDELARIA, MARVIN MARTINEZ,
ANGEL MONTOYA, TANYA
SANCHEZ, ERICA GUTIERREZ and
LIZ AGUILAR on their own behalf and
on behalf of all others similarly situated,

                29 U.S.C. § 216(b) Collective Action

       Plaintiffs,

vs.                              No. 08-CV-1010 JEC-GBW

THE BOARD OF COUNTY
COMMISSIONERS OF BERNALILLO
COUNTY.

       Defendant.

## MOTION FOR ENTRY OF STIPULATED JUDGMENT

COME NOW the parties and respectfully request that the Court enter the attached Stipulated Judgment and in support state:

1. The parties have concurred and stipulated to the terms of the attached Judgment to bring this case to a conclusion; and

2. As evidenced by his signature on the Judgment, Special Master Harbour recommends that the Court enter the attached Judgment.

WHEREFORE, the Parties respectfully request that the Court enter the attached Judgment.

Dated May 12, 2010

Submitted by:

*(signature)*
Peter S. Auh
*Attorney for Defendant*

*(signature)*
Shane Youtz
Brandt Milstein
James Piotrowski
*Attorneys for Plaintiffs*

2