# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ROSEMARIE NEAL, RANDY SAMMONS,
JOSEPH TRUJEQUE, JOHN ARAGON,
GUADALUPE AVILA, MANUEL BECERRA,
MISTI CARMICHAEL, DOMINIC CASAUS,
LEONARDO FLORES, OSCAR GARCIA,
CRAIG HOGAN, PLACIDO MALDONADO,
TIM MORA, DEBBIE PADILLA, MICHAEL
PALM, JASON PUPURA, RENE
SWANBERG, CHRISTOPHER TORRES,
CYNTHIA TRUJILLO, CARLOS YGUADO,
FERNANDO YGUADO, MONICA REYES,
MARIO RODRIGUEZ, LARRAINE LUNA,
ENOCK ARVIZO, ANTHONY CANDELARIA,
MARVIN MARTINEZ, ANGEL MONTOYA,
TANYA SANCHEZ, ERICA GUTIERREZ and
LIZ AGUILAR on their own behalf and on
behalf of all others similarly situated,

                                          29 U.S.C. § 216(b) Collective Action

        Plaintiffs,

vs.                                            No. 08-CV-1010 JEC-GBW

THE BOARD OF COUNTY
COMMISSIONERS OF BERNALILLO
COUNTY.
        Defendant.

## STIPULATED JUDGMENT

THIS MATTER having come before the Court upon the recommendation of the court-appointed Special Master and by stipulation of the parties, as evidenced below by the signatures of the Special Master and counsel of record; the Court being advised of the circumstances;

IT IS THEREFORE ORDERED that judgment in favor of Plaintiffs and against Defendant be and hereby is entered in the amount of Eight Hundred Thousand Dollars ($800,000.00), inclusive of attorneys fees and costs, to be distributed as follows:

Individual Plaintiff Distributions:

| Plaintiff | Amount |
|---|---|
| Joseph Trujeque | $ 29,904.86 |
| Rosemarie Neal | $ 36,847.04 |
| Randy Sammons | $ 29,904.85 |
| Debbie Padilla | $ 23,912.01 |
| Leonard Flores | $ 35,897.68 |
| Cynthia Trujillo | $ 14,952.42 |
| Carlos Yguado | $ 17,919.17 |
| Fernando Yguado | $ 7,001.53 |
| Guadalupe Avila | $ 29,904.85 |
| Craig Hogan | $ 13,943.73 |
| Michael Palm | $ 14,952.42 |
| Rene Swanberg | $ 13,943.73 |
| Christopher Torres | $ 13,469.05 |
| Tim Mora | $ 17,919.17 |
| Jason Purpura | $ 22,903.31 |
| Manuel Becerra | $ 25,929.40 |
| Oscar Garcia | $ 36,847.04 |
| John Aragon | $ 14,952.42 |
| Placido Maldonando | $ 20,945.26 |
| Misti Carmichael | $ 15,961.12 |
| Dominic Casaus | $ 11,985.67 |
| Monica Reyes | $ 15,901.78 |
| Mario Rodriguez | $ 25,870.07 |
| Larraine Luna | $ 7,001.53 |
| Enock Arvizo | $ 12,935.03 |
| Anthony Candelaria | $ 2,017.39 |
| Elizabeth Aguilar | $ 8,959.59 |
| Angel Montoya | $ 26,819.43 |
| Erica Gutierrez | $ 7,950.89 |
| Tanya Sanchez | $ 23,912.01 |
| Marvin Martinez | $ 11,985.67 |

<u>Attorney Fees and Costs:</u>

| | |
|---|---|
| Attorney Fees | $ 200,000.00 |
| Costs of Litigation | $ 6,649.88 |

IT IS FURTHER ORDERED that Plaintiffs' Complaint, and all counts stated therein, in this cause be and hereby is dismissed with prejudice.

_____
The Hon. John E. Conway
United States District Court Judge

Submitted by:

_/s/ Peter S. Auh_
Peter S. Auh
*Attorney for Defendant*

Approved by:

_/s/ Shane Youtz_
Shane Youtz
Brandt Milstein
James Piotrowski
*Attorneys for Plaintiffs*

Recommended by:

_/s/ Michael Harbour_
Michael Harbour
Special Master