IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ROSEMARIE NEAL, RANDY SAMMONS, JOSEPH TRUJEQUE, JOHN ARAGON, GUADALUPE AVILA, MANUEL BECERRA, MISTI CARMICHAEL, DOMINIC CASAUS, LEONARDO FLORES, OSCAR GARCIA, CRAIG HOGAN, PLACIDO MALDONADO, TIM MORA, DEBBIE PADILLA, MICHAEL PALM, JASON PUPURA, RENE SWANBERG, CHRISTOPHER TORRES, CYNTHIA TRUJILLO, CARLOS YGUADO, FERNANDO YGUADO, MONICA REYES, MARIO RODRIGUEZ, LARRAINE LUNA, ENOCK ARVIZO, ANTHONY CANDELARIA, MARVIN MARTINEZ, ANGEL MONTOYA, TANYA SANCHEZ, ERICA GUTIERREZ and LIZ AGUILAR, on their own behalf and on behalf of all others similarly situated,**

                                                **29 U.S.C. § 216(b) Collective Action**

      **Plaintiffs,**

**v.**                                                         **No. 08-CV-1010 JEC-GBW**

**THE BOARD OF COUNTY COMMISSIONERS OF BERNALILLO COUNTY,**

      **Defendant.**

<u>**STIPULATED JUDGMENT**</u>

THIS MATTER having come before the Court upon the recommendation of the court-appointed Special Master, and by stipulation of the parties, as evidenced below by the signatures of the Special Master and counsel of record; the Court being advised of the circumstances:

IT IS THEREFORE ORDERED that the judgment in favor of Plaintiffs and against

1

Defendant be and hereby is entered in the amount of Eight Hundred Thousand Dollars ($800,000.00), inclusive of attorneys fees and costs, to be distributed as follows:

Individual Plaintiff Distributions:

| Plaintiff | Amount |
|---|---|
| Joseph Trujeque | $29,904.86 |
| Rosemarie Neal | $36,847.04 |
| Randy Sammons | $29,904.85 |
| Debbie Padilla | $23,912.01 |
| Leonardo Flores | $35,897.68 |
| Cynthia Trujillo | $14,952.42 |
| Carlos Yguado | $17,919.17 |
| Fernando Yguado | $7,001.53 |
| Guadalupe Avila | $29,904.85 |
| Craig Hogan | $13,943.73 |
| Michael Palm | $14,952.42 |
| Rene Swanberg | $13,943.73 |
| Christopher Torres | $13,469.05 |
| Tim Mora | $17,919.17 |
| Jason Pupura | $22,903.31 |
| Manuel Becerra | $25,929.40 |
| Oscar Garcia | $36,847.04 |
| John Aragon | $14,952.42 |
| Placido Maldonado | $20,945.26 |
| Misti Carmichael | $15,961.12 |
| Dominic Casaus | $11,985.67 |
| Monica Reyes | $15,901.78 |
| Mario Rodriguez | $25,870.07 |
| Larraine Luna | $7,001.53 |
| Enock Arvizo | $12,935.03 |
| Anthony Candelaria | $2,017.39 |
| Elizabeth Aguilar | $8,959.59 |
| Angel Montoya | $26,819.43 |
| Erica Gutierrez | $7,950.89 |
| Tanya Sanchez | $23,912.01 |
| Marvin Martinez | $11,985.67 |

Attorney Fees and Costs:

| | |
|---|---|
| Attorney Fees | $200,000.00 |
| Costs of Litigation | $6,649.88 |

IT IS FURTHER ORDERED that Plaintiffs' Complaint, and all counts stated therein, in this case be and hereby is DISMISSED WITH PREJUDICE.

```
_____
```
The Honorable John Edwards Conway
Senior United States District Judge